# Unclaimed Funds

Entered 8/7/2014 to 8/7/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-15775 -wch 19344843 | CAPITAL ONE 6125 LAKEVIEW RD, SUITE 800 CHARLOTTE, NC 28269-2605 28269-2605 | 15.62 | 08/07/2014 |
| 08-17688 -jnf 16706950 | Option One Mortgage 3 Ada Way Irving, CA 92618 92618 | 374.00 | 08/07/2014 |
| 08-18604 -jnf 19344834 | BRIAN & KERRY NEE 54 CEDAR GROVE ST BOSTON, MA 02124 02124 | 4.00 | 08/07/2014 |
| 09-10967 -fjb 16853791 | Merimac Capital 100 Throckmorton Street Suite 1800 Fort Worth, TX 76102 76102 | 52.47 | 08/07/2014 |
| 09-11229 -jnf 16927285 | Bank of America, N.A. 225 North Calvert Street Baltimore, MD 21203 21203 | 239.95 | 08/07/2014 |
| 09-11814 -jnf 16876085 | Bank Of America C/O Daniels Law Offices, PC PO Box 699241 Quincy, MA 02269-9241 02269-9241 | 243.77 | 08/07/2014 |
| 09-12733 -fjb 17061092 | Citibank South Dakota NA 1000 Technology Dr MS 504 OFallon, MO 63304 63304 | 154.57 | 08/07/2014 |
|  |  | 39.50 | 08/07/2014 |

| Case | Name/Address | Amount | Date |
|---|---|---|---|
| 09-18344 -wch<br>17129527 | Horizon<br>80 Stockwell Drive<br>Avon, MA 02322<br>02322 | | |
| 10-10501 -jnf<br>19344844 | DBI FUND HOLDINGS<br>P.O. BOX 975485<br>DALLAS, TX 75397-5485<br>75397-5485 | 362.26 | 08/07/2014 |
| 10-12838 -fjb<br>17638175 | Lakeshore Capital, LLC<br>2952 Seneca St.<br>West Seneca, NY 14224<br>14224 | 6.88 | 08/07/2014 |
| 10-16484 -fjb<br>17598060 | Metrowest Medical Center<br>Patient Accounts Department<br>P.O. Box 3532<br>Boston, MA 02241<br>02241 | 24.28 | 08/07/2014 |
| 10-18190 -wch<br>17663267 | United Liquors<br>175 Campanelli Drive<br>P.O. Box 859219<br>Braintree, MA 02185-9219<br>02185-9219 | 1.85 | 08/07/2014 |
| 10-19191 -fjb<br>19344835 | FABIANA BATISTA<br>73 TUSCANO AVE<br>REVERE, MA 02151<br>02151 | 240.00 | 08/07/2014 |
| 10-19382 -jnf<br>17705917 | Ocwen Loan Servicing, LLC<br>P.O. Box 785055<br>Research Department<br>Orlando, FL 32878<br>32878 | 255.25 | 08/07/2014 |
| 10-21711 -wch<br>17932356 | Verizon Online<br>PO Box 3243<br>Bloomington, IL 61702-3243<br>61702-3243 | 0.43 | 08/07/2014 |
| 11-10567 -fjb<br>19344845 | SALLIE MAE TRUST<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706<br>18706 | 1,113.16 | 08/07/2014 |

| Case | Name/Address | Amount | Date |
|---|---|---|---|
| [11-12160 -wch](#)<br>17970402 | Express Scripts<br>PO BOx 66580<br>Saint Louis, MO 63166<br>63166 | 3.03 | 08/07/2014 |
| [11-14334 -wch](#)<br>18051240 | Aes<br>P.O Box 2461<br>Harrisburg, PA 17130<br>17130 | 61.99 | 08/07/2014 |
| [11-14955 -fjb](#)<br>19344848 | ARROW FINANCIAL<br>C/O LUSTIG, GLASER & WILSON, PC<br>P.O.BOX 9127<br>NEEDHAM, MA 02492-9127<br>02492-9127 | 37.26 | 08/07/2014 |
| [13-13072 -jnf](#)<br>19344836 | KEVIN KING<br>5 STAFFORD ST<br>BOSTON, MA 02119<br>02119 | 2,380.71 | 08/07/2014 |
| [13-13088 -fjb](#)<br>19344837 | BERTHA ALEXANDER<br>84 RICHARD RD<br>STOUGHTON, MA 02072<br>02072 | 467.00 | 08/07/2014 |
| [13-14506 -fjb](#)<br>19344838 | CHRISTOPHER GREGORY<br>11 PIEDMONT ST<br>LYNN, MA 01904<br>01904 | 370.00 | 08/07/2014 |
| [13-15968 -wch](#)<br>19344839 | DONNA RILEY<br>186 STOUGHTON ST<br>STOUGHTON, MA 02072<br>02072 | 1,923.75 | 08/07/2014 |
| [14-10213 -fjb](#)<br>19344841 | MICHAEL DORMADY, II<br>290 SUMMER ST<br>DUXBURY, MA 02332<br>02332 | 142.50 | 08/07/2014 |
| [14-10673 -wch](#)<br>19344842 | RENEL TARTE<br>ONE BRENDAN RD<br>MILTON, MA 02186<br>02186 | 88.35 | 08/07/2014 |

**Grand Total: 8,602.58**